Craig O'Loughlin, SBN 264373
QUARLES & BRADY LLP
One Renaissance Square
Two North Central Plaza
Phoenix, Arizona 85004-2391
Telephone: 602.229.5200
Facsimile: 602.420.5131
Email: craig.oloughlin@quarles.com

Attorneys for Plaintiff and Counterdefendant
FIRSTSOURCE SOLUTIONS USA, LLC

Teresa C. Chow, SBN 237694
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email:    tchow@bakerlaw.com

Attorneys for Defendant and Counterclaimant
TULARE REGIONAL MEDICAL CENTER

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FIRSTSOURCE SOLUTIONS USA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TULARE REGIONAL MEDICAL CENTER, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIM | Case No.: 1:15-CV-01136-DAD-EPG <br><br> **STIPULATION AND ORDER TO REVISE SCHEDULING ORDER** |

**TO THE HONORABLE COURT:**

Plaintiff and Counterdefendant, FIRSTSOURCE SOLUTIONS USA, LLC ("Firstsource"), by its counsel, and Defendant and Counterclaimant, TULARE REGIONAL MEDICAL CENTER ("TRMC"), by its counsel, hereby enter into the instant amended stipulation, subject to Court approval, in light of the following facts:

**WHEREAS**, on or about July 21, 2015, Firstsource filed in the United States District Court, Eastern District of California, Fresno Division its Complaint entitled *Firstsource Solutions USA, LLC v. Tulare Regional Medical Center*, Case No. 1:15-CV-01136 (the "Action");

**WHEREAS**, on or about October 13, 2015, TRMC filed its Answer to Firstsource's Complaint and Counterclaim;

**WHEREAS**, on or about November 2, 2015, Firstsource filed its Answer to TRMC's Counterclaim;

**WHEREAS**, on or about February 11, 2016, Judge Mueller issued a Status (Pretrial Scheduling) Order (Dkt. 25), setting forth discovery cut-off dates, pretrial hearing dates, and the trial date;

**WHEREAS**, on or about February 23, 2016, Judge Drozd advanced the Final Pretrial Conference from January 13, 2017 to January 9, 2017 and continued the trial from February 27, 2017 to February 28, 2017;

**WHEREAS**, the Parties have each propounded and/or responded to written discovery;

**WHEREAS**, the Parties have been diligent in prosecuting the Action, but require additional time to complete fact and expert discovery;

**WHEREAS**, the Parties believe that they will require additional time after completion of discovery to continue settlement discussions;

**WHEREAS**, counsel for the Parties conferred with the Court and the Courtroom Deputy on June 15, 2016, and were advised that the trial, final pretrial

1

conference, and dispositive motion hearing cutoff dates stipulated to herein are acceptable to the Court; and

**WHEREAS**, the proposed Revised Scheduling Order conforms with the Court's timing requirements, including the requirement that eight weeks separate the dispositive motion cut-off and the final pretrial conference, and the final pretrial conference and the trial date.

**NOW THEREFORE, IT IS HEREBY STIPULATED,** subject to Court approval, that the Scheduling Order be revised as follows:

1. The fact discovery cutoff is continued from June 24, 2016 to September 22, 2016;

2. The date of disclosure of expert witnesses and production of expert witness reports is continued from July 1, 2016 to September 30, 2016;

3. The date of supplemental disclosure of expert witnesses and production of supplemental expert witness reports is continued from July 29, 2016 to October 27, 2016;

4. The expert discovery cutoff is continued from August 22, 2016 to November 18, 2016;

5. The dispositive motion hearing cutoff is continued from September 23, 2016 to January 3, 2017;

6. The Final Pretrial Conference is continued from January 9, 2017 to February 27, 2017, at 1:30 p.m.; and

7. The Trial is continued from February 28, 2017 to April 25, 2017, at 8:30 a.m.

Dated:  June 15, 2016           QUARLES & BRADY LLP

                                By:  */s/ Daniel M. Janssen*
                                     Daniel M. Janssen

                                Attorneys for Plaintiff and Counterdefendant
                                FIRSTSOURCE SOLUTIONS USA, LLC

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Dated: June 15, 2016

BAKER & HOSTETLER LLP

By: */s/ Teresa C. Chow*
Teresa C. Chow
Attorneys for Defendant and Counterclaimant
TULARE REGIONAL MEDICAL CENTER

**ATTESTATION**

I, Teresa C. Chow, am the ECF User whose ID and password are being used to file this stipulation. I hereby attest that Daniel M. Janssen has concurred in the content of this stipulation and has authorized this filing.

Dated: June 15, 2016

By: */s/ Teresa C. Chow*
Teresa C. Chow

3

# ORDER

The Court, having read and considered the parties' Stipulation to Revise Scheduling Order and good cause appearing therefor, **HEREBY ORDERS**:

1. The fact discovery cutoff is continued from June 24, 2016 to **September 22, 2016**;

2. The date of disclosure of expert witnesses and production of expert witness reports is continued from July 1, 2016 to **September 30, 2016**;

3. The date of supplemental disclosure of expert witnesses and production of supplemental expert witness reports is continued from July 29, 2016 to **October 27, 2016**;

4. The expert discovery cutoff is continued from August 22, 2016 to **November 18, 2016**;

5. The dispositive motion hearing cutoff is continued from September 23, 2016 to **January 3, 2017**;

6. The Final Pretrial Conference is continued from January 9, 2017 to **February 27, 2017, at 1:30 p.m.**; and

7. The Trial is continued from February 28, 2017 to **April 25, 2017, at 8:30 a.m.**

IT IS SO ORDERED.

Dated:   **June 16, 2016**                              /s/ Dale A. Drozd
                                                        UNITED STATES DISTRICT JUDGE