Quarles & Brady LLP
Emily M. Feinstein, WI Bar No. 1037924
emily.feinstein@quarles.com
33 East Main Street,
Suite 900
Madison, WI 53703
Telephone: 608.251.5000
Facsimile:  608.251.4912

Patrick J. Proctor-Brown, WI Bar No. 1091326
patrick.proctor-brown@quarles.com
411 East Wisconsin Avenue,
Suite 2400
Milwaukee, WI 53202
Telephone:  414.277.5611
Facsimile:   414.978.8906

Attorneys for Plaintiff
FIRSTSOURCE SOLUTIONS USA, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRSTSOURCE SOLUTIONS USA, LLC,<br><br>              Plaintiff,<br><br>v.<br><br>TULARE REGIONAL MEDICAL CENTER,<br><br>              Defendant. | Case No.  1:15-cv-01136-DAD-EPG<br><br>**[DISCOVERY MATTER]**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SANCTIONS** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on December 23, 2016 at 10:00 a.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Erica P. Grosjean of the above-entitled court, located at 2500 Tulare Street, Fresno, CA 93721, in Courtroom 10, FIRSTSOURCE SOLUTIONS USA, LLC ("Firstsource") will and hereby does move the Court pursuant to Federal Rule of Civil Procedure 37 and Local Rule 251(e) for sanctions against defendant TULARE REGIONAL MEDICAL CENTER ("TRMC"). Firstsource makes this Motion on the grounds

QUARLES & BRADY LLP
ATTORNEYS AT LAW
MILWAUKEE

QB\42946208.1

CERTIFICATE OF SERVICE
1:15-CV-01136-DAD-EPG

that, despite repeated extensions of time and a good-faith effort by Firstsource to stipulate to a third extension of the discovery deadline, TRMC has failed to fulfill its discovery obligations and should be prohibited from relying on material produced after the discovery deadline.

Firstsource bases on this Notice of Motion and Motion for Sanctions, the Memorandum of Points and Authorities, the Declaration of Emily Feinstein, and the Declaration of Cameron Pearl, all filed concurrently herewith, the complete files and records of this action, and such further oral or documentary evidence as may be presented at or before the hearing on this Motion.

TRMC has systematically failed to produce any evidence supporting either its counterclaim or its affirmative defenses (collectively "TRMC's Claims"). TRMC sought and received extraordinary *ex parte* relief extending the discovery period and failed to do so within that period, eventually withdrawing all documents produced in that period.  TRMC has repeatedly failed to follow through with the representations TRMC's counsel has made to this Court. Prior to the close of discovery—which was extended twice—TRMC produced 59 pages of documents and seven spreadsheets (which TRMC's counsel now admits are inaccurate). After the close of discovery, TRMC produced contracts with some of its payors, at least one of which was executed in 1999, but has not produced all of the documents it identified as "crucial" to its case in its *Ex Parte* Application [Doc. No. 35]. Even at this very late stage, it is not clear that TRMC is working to produce these documents—TRMC has certainly not made any credible commitment to do so.

Firstsource is entitled to sanctions against TRMC under Federal Rule of Civil Procedure 37. TRMC has failed to meet its obligations under Federal Rule of Civil Procedure 26(a) and (e), has failed to supplement its initial disclosure and discovery responses, and has failed to produce the documents its counsel told the Court it was diligently working to produce. Exclusion of any further production under Federal Rule of Civil Procedure 37 is therefore "self-executing" and "automatic." *Goodman*

QUARLES & BRADY LLP
ATTORNEYS AT LAW
MILWAUKEE

QB\42946208.1         -2-         PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SANCTIONS
1:15-CV-01136-DAD-EPG

*v. Staples The Office Superstore, LLC*, 644 F.3d 817, 847 (9th Cir. 2011) (*citing Yeti by Molly, Ltd. v. Deckers Outdoor Corp.*, 259 F.2d 1101, 1106 (9th Cir. 2001)). Firstsource also requests monetary sanctions in compensation.

## *MEET AND CONFER CERTIFICATION*

The undersigned certifies that the parties met and conferred about this motion prior to filing, in accordance with section 4. (A) of the Standing Order entered in this case (Doc. No. 19-1) and the standard operating procedures of this Court. Firstsource and TRMC have conferred about discovery on multiple occasions, and participated in an informal discovery conference with the Court on November 21, 2016, during which Firstsource was given permission to move for sanctions.

**WHEREFORE**, Firstsource respectfully moves the Court for an order excluding all evidence produced by TRMC after the close of discovery on November 6, 2016, and preventing TRMC from relying on any information not disclosed during the discovery period to supply evidence on a motion, at a hearing, or at trial, and for monetary sanctions.

Dated:     December 9, 2016       Quarles & Brady LLP


By:/s/ *Emily M. Feinstein*
Emily M. Feinstein
Patrick J. Proctor-Brown

Attorneys for Plaintiff
FIRSTSOURCE SOLUTIONS USA, LLC

QUARLES & BRADY LLP
ATTORNEYS AT LAW
MILWAUKEE

QB\42946208.1                    -3-                    PLAINTIFF'S NOTICE OF MOTION
AND MOTION FOR SANCTIONS
1:15-CV-01136-DAD-EPG

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he caused the foregoing to be served on all counsel of record using the Court's CM/ECF system.

Dated: December 9, 2016.                    */s/ Patrick Proctor-Brown*

                                                                                     Patrick Proctor-Brown

QUARLES & BRADY LLP
ATTORNEYS AT LAW
MILWAUKEE

QB\42946208.1

CERTIFICATE OF SERVICE
1:15-CV-01136-DAD-EPG