Teresa C. Chow (SBN 237694)
*tchow@bakerlaw.com*
Matthew D. Pearson (SBN 294302)
*mpearson@bakerlaw.com*
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:  310-820-8800
Facsimile:   310-820-8859

Attorneys for Defendant and Counterclaimant
TULARE REGIONAL MEDICAL CENTER

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRSTSOURCE SOLUTIONS USA, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>TULARE REGIONAL MEDICAL CENTER,<br><br>   Defendant. | Case No: 1:15-cv-01136-DAD-EPG<br>[JUDGE DALE A. DROZD]<br><br>**DECLARATION OF TERESA C. CHOW IN SUPPORT OF DEFENDANT AND COUNTERCLAIMANT TULARE REGIONAL MEDICAL CENTER'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>[Filed Concurrently With Opposition To Motion For Summary Judgment; Separate Statement and Declarations of Alan Germany Delbert Bryant, and Ashish Bhagat]<br><br>Date:  January 17, 2016<br>Time:  9:30 a.m.<br>Ctrm:  5<br><br>Action Filed:  July 21, 2015<br>Trial Date:    June 13, 2017 |
| AND RELATED COUNTERCLAIM | |

1

I, Teresa C. Chow, declare and state:

1. I am an attorney at law duly license to practice before all the Courts of the State of California and this district. I am a partner at the law firm of Baker & Hostetler LLP, counsel of record for Defendant and Counterclaimant TULARE REGIONAL MEDICAL CENTER ("TRMC"). I have personal knowledge of the facts set forth below except for those stated upon information and belief and, as to those facts, I believe them to be true. If called as a witness, I could and would testify competently as follows:

2. I make this declaration in support of TRMC's Opposition to Motion for Summary Judgment.

3. Despite only having sixteen days between the Court's issuance of its order granting TRMC's *Ex Parte* Application [Dkt. 45] and the non-expert discovery cut-off in this case, TRMC made its production of documents on November 6, 2016.

4. After TRMC discovered that its consultant had provided an incomplete final product, which resulted in TRMC's November 6 production being inaccurate or incomplete, I notified opposing counsel Emily Feinstein of this on November 12, 2016 during a telephone conversation with her. I conveyed to Ms. Feinstein that TRMC would rectify this error by offering Plaintiff and Counterdefendant FIRSTSOURCE SOLUTIONS USA, LLC ("Firstsource") complete access to TRMC's databases so it could inspect any and all patient records at issue.

5. Firstsource rejected TRMC's offer.

6. On November 21, 2016, TRMC and Firstsource participate in a Telephonic Informal Discovery Dispute Conference with Magistrate Judge Grosjean.

7. During the conference, Magistrate Judge Grosjean recommended that Firstsource and TRMC agree to an amended discovery schedule.

8. No agreement could be reached, and Firstsource filed its Motion for Sanctions [Dkt. 57] on December 9, 2016.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 3rd day of January 2017, at Tulare, California.

By: */s/Teresa C. Chow*
Teresa C. Chow

Attorneys for Defendant and Counterclaimant TULARE REGIONAL MEDICAL CENTER

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

3
DECLARATION OF TERESA C. CHOW ISO TULARE REGIONAL MEDICAL CENTER'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT
CASE NO. 1:15-CV-01136-EPG