Teresa C. Chow (SBN 237694)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone: 310-820-8800
Facsimile: 310-820-8859
Email: tchow@bakerlaw.com

Attorneys for Defendant and Counterclaimant
TULARE REGIONAL MEDICAL CENTER

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRSTSOURCE SOLUTIONS USA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TULARE REGIONAL MEDICAL CENTER,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No: 1:15-cv-01136-DAD-EPG<br><br>Hon. Dale A. Drozd<br><br>**NOTICE OF AUTOMATIC STAY OF PROCEEDING** |

PLEASE TAKE NOTICE that on September 30, 2017, Tulare Local Healthcare District dba Tulare Regional Medical Center ("TRMC") filed a voluntary petition seeking bankruptcy protection under Chapter 9 of Title 11 of the United States Code, in the United States Bankruptcy Court for the Eastern District of California, Case No. 17-13797.  As a result of the filing, the automatic stay has been imposed with respect to TRMC, and the above-captioned action cannot proceed absent further Order of the United States Bankruptcy Court.  A true and correct copy of TRMC's Chapter 9 petition is attached as Exhibit A.

Dated:  October 4, 2017        Respectfully submitted,

BAKER & HOSTETLER LLP

By:  */s/ Teresa C. Chow*
     Teresa C. Chow

Attorneys for Defendant and Counterclaimant
TULARE REGIONAL MEDICAL CENTER

# **CERTIFICATE OF SERVICE**

The undersigned, an attorney hereby certifies that she served a copy of the foregoing on all counsel of record via the Court's CM/ECF system.

Dated: October 4, 2017          */s/ Teresa C. Chow*
                                Teresa C. Chow

# EXHIBIT A

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____    Chapter   9

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Tulare Local Healthcare District** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | dba  **Tulare Regional Medical Center** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **94-6002897** |
| 4. | Debtor's address | **Principal place of business**<br><br>**869 N. Cherry St.**<br>**Tulare, CA 93274**<br>Number, Street, City, State & ZIP Code<br><br>**Tulare**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **https://sites.google.com/view/tlhcd** |
| 6. | Type of debtor | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☑ Other. Specify:   **Municipality/Government Entity** |

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 1

Debtor **Tulare Local Healthcare District**      Case number (*if known*) _____
       Name

7. **Describe debtor's business**

   A. *Check one:*
   - [x] Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - [ ] Railroad (as defined in 11 U.S.C. § 101(44))
   - [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - [ ] None of the above

   B. *Check all that apply*
   - [ ] Tax-exempt entity (as described in 26 U.S.C. §501)
   - [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - [ ] Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __6221__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - [ ] Chapter 7
   - [x] Chapter 9
   - [ ] Chapter 11. *Check all that apply:*
     - [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
     - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - [ ] A plan is being filed with this petition.
     - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - [ ] Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   - [x] No.
   - [ ] Yes.

   If more than 2 cases, attach a separate list.

   | District | When | Case number |
   |---|---|---|
   | District | When | Case number |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    - [x] No
    - [ ] Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor | | Relationship | |
    |---|---|---|---|
    | District | When | Case number, if known | |

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page 2

| Debtor | Tulare Local Healthcare District | Case number (*If known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard?    Narcotics / Nuclear Medicines / Preservation of Patient Records/Patients

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?    See Attached
                          Number, Street, City, State & ZIP Code

Is the property insured?

☐ No

☑ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☑ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☑ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **Tulare Local Healthcare District**　　　　　　　Case number (*if known*) _____
　　　　　Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9/29/2017
　　　　　　　MM / DD / YYYY

X  /s/ Kevin B. Northcraft
Signature of authorized representative of debtor

Kevin B. Northcraft
Printed name

Title  **Chairperson**

**18. Signature of attorney**

X  /s/ Riley C. Walter
Signature of attorney for debtor

Date  Sept. 30, 2017
　　　　MM / DD / YYYY

Riley C. Walter
Printed name

**Walter Wilhem Law Group**
Firm name

**A Professional Corporation**
**205 E. River Park Circle, Ste. 410**
**Fresno, CA 93720-1563**
Number, Street, City, State & ZIP Code

Contact phone  (559) 435-9800　　　Email address  rileywalter@w2lg.com

91839
Bar number and State

Attachment to Chapter 9 Petition #12, Location of Property Needing Attention

Tulare Local Healthcare District
dba Tulare Regional Medical Center
869 N. Cherry Street
Tulare, CA 93274

Hillman Healthcare Center
1062 South K Street
Tulare, CA 93274

West Street Medical Office
325 N. West Street
Tulare, CA 93274

Women's Pavilion
1437 E. Prosperity Ave.
Tulare, CA 93274

Earlimart School-Based Medical Office
398 S. Church Street
Earlimart, CA 93219

Mineral King Toxicology Lab
880 E. Merritt, Suite 107
Tulare, CA 93274

Evolutions Fitness & Wellness Center
1425 E. Prosperity Ave.
Tulare, CA 93274

00156153-BD-09.28.2017

## DECLARATION OF FISCAL EMERGENCY AND ADOPTION OF RESOLUTION

Tulare Local Healthcare District, dba Tulare Regional Medical Center

WHEREAS, the Board of Directors of the Tulare Local Healthcare District, dba Tulare Regional Medical Center ("TRMC") has placed the financial condition of TRMC on the agenda of a noticed public hearing which took place on September 29, 2017.

WHEREAS, at the noticed public hearing the following factual findings, among others, were made:

1. TRMC is or will be unable to pay its obligations within the next 60 days;
2. According to the report of TRMC's Manager Healthcare Conglomerate Associates ("HCCA") and CEO Dr. Benny Benzeevi, the Tulare Local Healthcare District has zero cash in its bank accounts, is in a dire financial situation, and is suffering from a critical cash shortage;
3. On September 28, 2017, HCCA failed or was otherwise unable to fund the entire gross payroll for employees staffing TRMC, citing the cash shortage by the Tulare Local Healthcare District as the cause;
4. The Tulare Local Healthcare District's inability to pay vendors has resulted in significant liabilities, and vendors critical to the operation of the District have discontinued service to TRMC;
5. The Tulare Local Healthcare District has insufficient cash to purchase adequate medical supplies for the operation of TRMC;
6. The cash shortage of the Tulare Local Healthcare District poses a risk to public health and safety;
7. There is an imminent risk of closure of the hospital;
8. The fiscal condition of TRMC constitutes a fiscal emergency;
9. Absent a Chapter 9 filing, the fiscal condition of TRMC puts the health, safety, and welfare of its patients in jeopardy;

THEREFORE, whereas the Board of Directors has determined it is in the best interests of the Tulare Local Healthcare District, dba Tulare Regional Medical Center, its creditors, bondholders, citizens, taxpayers, patients and employees and other interested parties that a petition be filed commencing a Chapter 9 bankruptcy under Title 11, United States Code.

RESOLVED that the form of the Petition for relief under Chapter 9, Title 11 of the United States Code, presented to this meeting is approved and adopted in all respects; and be it further

RESOLVED that Kevin B. Northcraft is hereby authorized and directed to execute and verify a petition for relief and to cause the same to be filed with the United States Bankruptcy Court for the Eastern District of California; and be it further

36894-00000 4729684.1

RESOLVED that Kevin B. Northcraft is authorized to execute and file all schedules, lists and other papers and to take any and all actions which they may deem necessary or proper in connection with proceedings under Chapter 9; and be it further

RESOLVED that the District retain and employ Walter Wilhelm Law Group and McCormick Barstow LLP as counsel for the District in these proceedings.

DATED: September 29, 2017

_____
Kevin B. Northcraft, Chairperson

36894-00000 4729684.1