Quarles & Brady LLP
Emily M. Feinstein, WI Bar No. 1037924
Emily.Feinstein@quarles.com
33 E. Main St.,
Suite 900
Madison, WI 53703
Telephone: 608.251.5000
Facsimile: 608.294.4912

Patrick J. Proctor-Brown, WI Bar No. 1091326
Patrick.Proctor-Brown@quarles.com
411 East Wisconsin Avenue
Suite 2400
Milwaukee, WI 53202
Telephone: 414.277.5611
Facsimile: 414.978.8906

Alissa Brice Castañeda, CA Bar No. 287249
Alissa.Castaneda@quarles.com
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004
Telephone: 602.229.5209
Facsimile: 602.229.5690

Attorneys for Plaintiff
Firstsource Solutions, USA, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRSTSOURCE SOLUTIONS USA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TULARE REGIONAL MEDICAL CENTER,<br><br>Defendant. | Case No. 1:15-cv-01136-DAD-EPG<br>[JUDGE DALE A. DROZD]<br><br>DATE:   TBD per Doc. No. 104.<br>TIME:<br>CTRM: |

**SUPPLEMENTAL DECLARATION OF EMILY M. FEINSTEIN
IN SUPPORT OF MOTION FOR
ATTORNEYS' FEES, COSTS, AND INTEREST**

/////

QB\54045959.1                                                    -1-

I, Emily M. Feinstein, declare as follows:

1. I am an attorney with Quarles & Brady LLP, attorneys for Plaintiff/Counterdefendant FIRSTSOURCE SOLUTIONS USA, LLC ("Firstsource"). I make this Supplemental Declaration based upon my personal knowledge and in support of Firstsource's Motion for Attorneys' Fees, Costs, and Interest ("Motion") (Doc. No. 98), and the concurrently-filed Supplemental Brief in Support of Motion for Attorneys' Fees, Costs, and Interest.

2. As a partner with Quarles & Brady LLP ("Quarles & Brady"), and an attorney of record in the above-captioned case, I supervised, reviewed, or have personal knowledge of the necessary legal work Quarles & Brady performed for Firstsource related to the collection of the debt owed by Defendant/Counterplaintiff TULARE REGIONAL MEDICAL CENTER ("TRMC"), and have personal knowledge of both the actual legal costs incurred by Firstsource, and the qualifications of each of the attorneys at Quarles & Brady who provided legal services to Firstsource.

3. As I stated in my initial Declaration (Doc. No. 99), Quarles & Brady is a multidisciplinary AmLaw 200 legal services provider with about 500 attorneys and offices in Chicago, Indianapolis, Madison and Milwaukee, Wisconsin, Naples and Tampa, Florida, Phoenix, Scottsdale, and Tucson, Arizona, and Washington, D.C., that regularly serves clients nationwide. Although Quarles & Brady does not currently maintain an office in California, 12 attorneys currently at the firm are admitted to the California bar, including counsel-of-record Alissa Brice Castañeda

4. Quarles & Brady has a deep bench of attorneys specializing in providing legal services related to the healthcare industry—a very complicated area of the law subject to multiple, overlapping regulatory frameworks—and a total of 65 attorneys at the firm specialize in this area.

5. Quarles & Brady also maintains a deep bench of litigators, with significant experience in federal and state courts across the country; a total of 119

attorneys are members of the firm's Litigation and Dispute Resolution Group.

6. Healthcare Litigation is an even more specialized area of the law, and requires special care to ensure clients such as Firstsource comply with all of their obligations under federal regulatory frameworks—such as the Health Insurance Portability and Accountability Act ("HIPAA"), codified at 42 U.S.C. § 300gg, 29 U.S.C. § 1181 *et seq.*, and 42 U.S.C. 1320d *et seq.*—while achieving positive results for Quarles & Brady's clients. Quarles & Brady counts over 11 of its Partners as experience Healthcare Litigators, including myself and several of the other partners who provided legal services to Firstsource during the course of this case.

7. Personally, I have significant and deep experience in healthcare litigation. I have over 17 years of experience in this area, including representing healthcare providers in disputes before licensing boards; representing health care providers in Medicare and Medicaid reimbursement disputes; handling claims disputes between health care providers and private payors; advising clients on medical privacy issues, including HIPAA compliance; advising clients on false claims act issues; and advising clients in the health care field on risk management issues and compliance issues including EMTALA, Stark Law, and Anti-Kick Back issues. I have represented clients who operate in a variety of spaces in the health care industry including health care providers, service providers to the health-care industry, and private payors.

8. Quarles & Brady's depth and breadth of experience in health law, litigation, and healthcare litigation provided significant value to Firstsource throughout the course of this litigation, by allowing the core team of litigators to draw on the experience of other members of the firm and respond quickly to tight deadlines and the protracted and expensive litigation strategy pursued by TRMC's former counsel at Baker & Hostetler LLP.

9. In addition, Quarles & Brady has the necessary security policies and

procedures in place to represent a client tasked with protected health information. For example, Quarles & Brady regularly submits to and passes audits of its security measures.

10. From my review of publicly available and industry sources, there is not a law firm in the Fresno area with similar deep and broad experience in both healthcare and healthcare litigation, with the possible exception of TRMC's current counsel McCormick Barstow, which currently, and had previously, represented TRMC. The law firm Dowling Aaron, which has an office in Fresno, does not even advertise itself as having any healthcare litigation experience, but does list one attorney, Attorney Daniel O. Jamison, as an experienced healthcare litigator. Finally, the three-attorney firm of Doerksen Taylor Stokes, LLP has one attorney who specializes in healthcare litigation, Attorney Charles Doerksen. It is not clear whether any of these firms could have passed the necessary security audit. Certainly a three-attorney firm would not have been able to handle this litigation—the bulk of which occurred in a narrow window of time from August, 2016 through January, 2017 and included the disclosure of the equivalent of nearly *1.3 million* pages of documents. (*See* Doc. No. 99, ¶ 24 (detailing TRMC's massive productions).)

11. Firstsource has been a client of Quarles & Brady for several years, and negotiated a blended rate of $360 per hour for all of its legal work from February 1, 2015 through January 31, 2016, and $370 per hour from February 1, 2016 through January 31, 2017, including Quarles & Brady's work on this case. Beginning February 1, 2017, Firstsource also negotiated adjusted billing rates for legal professionals providing services on this case, many at a significant discount to these professionals market billing rates.

/////
/////
/////

12. This table summarizes the market billing rates and hours billed of each of the legal professionals providing services to Firstsource in this matter:

| *Legal Professional* | *Market Billing Rate* | *Hours* | *Total* |
|---|---|---|---|
| Sybil Taylor Aytch | $240 | 11.1 | $2,664.00 |
| Marisa Berlinger | $275 | 4.1 | $1,127.50 |
| Mark Bina | $445 | 1.6 | $712.00 |
| Alissa Brice Castañeda | $370 | 32.3 | $11,951.00 |
| Emily Feinstein | $420 | 388.70 | $163,254.00 |
| Rachel Graham | $325 | 10.5 | $3,412.50 |
| Jonathan Hackbarth | $395 | .4 | $158.00 |
| Jennifer Hennessy | $325 | 3.6 | $1,170.00 |
| Francesco Howard | $210 | 2.5 | $525.00 |
| Daniel Janssen | $575 | 98.4 | $56,580.00 |
| Kevin Mical | $245 | 7.8 | $1,911.00 |
| Kerry Moskol | $390 | .8 | $312.00 |
| Thanhan Nguyen | $295 | .8 | $236.00 |
| Brittany Ogden | $395 | 1.0 | $395.00 |
| Craig O'Loughlin | $430 | 9.1 | $3,913.00 |
| Laura Olsen Dugan | $190 | 2.3 | $437.00 |
| Patrick Proctor-Brown | $280 | 510.70 | $142,996.00 |
| Glenn Ross | $190 | 1.8 | $342.00 |
| Xavier Santistevan | $230 | 35.90 | $8,257.00 |
| Terrill Tyler | $170 | 2.7 | $459.00 |
| Donna Woida | $245 | 238.8 | $58,506.00 |
| ***Total*** | | ***1,364.9*** | ***$459,318.00*** |

/////

/////

13. Here is a summary of the market rates for the legal professionals working on this case by title:

| *Title* | *Rate Range* |
| --- | --- |
| Partners | $370–$575 |
| Associates | $275–$325 |
| Paralegals | $230–$245 |
| Litigation Support | $170–$245 |

14. Additional qualifications of the attorneys and staff at Quarles & Brady who provided legal services to Firstsource is included in my previous declaration. (Doc. No. 99, ¶¶ 4 – 14, 17.)

15. Attached as <u>Exhibit A</u> are true and correct copies of invoices from Quarles & Brady to Firstsource that were created and sent to Firstsource after the Motion was filed with the Court, and which accurately reflect the actual time worked by the legal professionals listed above in relation to this matter. Together with Exhibit C to my previous declaration in support of the Motion (Doc. No. 99-3), these invoices are an accurate reflection of all of the hours worked on this matter by legal professionals at Quarles & Brady to attempt to collect the debt owed by TRMC to Firstsource through August 31, 2018. I am familiar with Quarles & Brady's billing practices and time entry practices, and each of the time entries listed in the invoices was entered contemporaneously, reviewed for accuracy before being sent to Firstsource, and Firstsource has timely paid these invoices in accordance with the terms of its agreement with Quarles & Brady. The foregoing table is an accurate summary of the market billing rates of each of the legal professionals and the hours worked by each legal professional through August 31, 2018.

16. In total, Quarles & Brady legal professionals expended 1,274.5 hours working on this matter through May 31, 2018, and billed Firstsource a total of $450,773.50 during that period. Between May 31, 2018 and August 31, 2018,

Quarles & Brady legal professionals expended an additional 90.5 working on this matter and billed Firstsource an additional $27,782.00. In total, Quarles & Brady legal professionals worked 1,364.90 on behalf of Firstsource to attempt to collect the debt from TRMC, and billed $478,555.50 for legal services.

17. In accordance with the Agreement between Firstsource and TRMC, TRMC is obligated to pay all of Firstsource's *actual legal costs* in connection with this matter, a total of $512,294.94, of which $478,555.50 is for legal services. But the market rates of the Quarles & Brady legal professionals who provided services to Firstsource—as opposed to the blended rate—multiplied by the number of hours reasonably expended in the course of this matter (the "lodestar") are not significantly different. As the table above indicates, the lodestar amount is only $19,237.50 less than the invoices from Quarles & Brady for legal services. This represents only *4 %* of the attorneys' fees in this matter, or a multiplier of 1.04, a *de minimus* amount in the context of this protracted litigation.

18. Firstsource's request for attorneys' fees, costs, and interest, as supplemented by this supplemental declaration and the current declaration, sums as follows:

| | |
|---|---:|
| *Original Attorneys' Fees* | $450,773.50 |
| *Supplemental Attorneys' Fees* | $27,782.00 |
| *ESI Discovery Fees* | $30,862.31 |
| *Non-Taxable Costs* | $2,877.13 |
| *Service Charges* | $490,996.48 |
| *Total:* | **$1,003,291.42** |
| *Judgment* | $724,385.08 |
| *Taxable Costs* | $1,298.10 |
| ***Updated Judgment:*** | **$1,728,974.60** |

/////

19. If the Court accepts the lodestar amount above ($459,318.00) as the reasonable attorneys' fees Firstsource is entitled to collect from TRMC (as opposed to the *actual legal costs* provided for by the Agreement) the updated judgment would be $1,709,737.10.

20. Quarles & Brady serves clients nationwide, but was founded in Milwaukee, WI and still maintains its most significant presence in Madison and Milwaukee, WI. Furthermore, the majority of the attorneys who provided services to Firstsource—including Attorneys Janssen, Proctor-Brown, and myself—are based in Madison or Milwaukee and their market rates generally reflect the prevailing market rates in these cities. Although the United States Department of Labor, Bureau of Labor Statistics (BLS) released mean and median hourly wages for Madison in 2017, they did not release the same statistics for Milwaukee, despite these cities have very similar markets for legal services. Here is a summary comparison between Madison, Milwaukee, and Fresno, California retrieved from the BLS in September, 2018:

**Occupation: Lawyers (SOC code 231011)**
**Period: May 2017**

| Area name | Hourly mean wage | Hourly median wage |
|---|---|---|
| Fresno, CA (0023420) | 58.16 | 52.38 |
| Madison, WI (0031540) | 60.31 | 51.20 |
| Milwaukee-Waukesha-West Allis, WI (0033340) | (8) - | (8) - |

Footnotes:
(8) Estimate not released.

SOC code: Standard Occupational Classification code -- see http://www.bls.gov/soc/home.htm

Data extracted on September 17, 2018

(Available at: https://data.bls.gov/oes/#/occGeo/One%20occupation%20for%20multiple%20geographical%20areas.)

21. The foregoing table indicates that prevailing wages for attorneys in Fresno, California are very similar to the prevailing wages for attorneys in Madison

1  and Milwaukee, Wisconsin. Although the hourly mean wage in Madison is
2  approximately 4% higher (60.31/58.16 = 1.037) the hourly median wage is
3  approximately 3 % lower (51.20/52.38 = .977).

Dated: September 18, 2018.	Quarles & Brady LLP

By: /s/ *Emily M. Feinstein*
Emily M. Feinstein
WI SBN: 1037924
QUARLES & BRADY LLP
33 E. Main St., Ste 900
Madison, WI 53703
Phone: (608) 251-5000

*Attorneys for Plaintiff,*
*Firstsource Solutions, USA, LLC*

/////

/////

/////

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he served a copy of the foregoing on all counsel of record via the Court's CM/ECF system.

Date:   September 18, 2018.

/s/ *Patrick J. Proctor-Brown*

/////

/////

/////

QUARLES & BRADY LLP
ATTORNEYS AT LAW
MILWAUKEE

QB\54045959.1